UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| BARBARA COCHRAN,<br><br>    Plaintiff,<br><br>v.<br><br>AVANT, LLC,<br><br>    Defendant. | Case No: 3:22-cv-00402<br><br>Honorable Judge Jeffrey V. Brown |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff, Barbara Cochran, and Defendant, Avant, LLC, have reached a settlement of the above-captioned action. Plaintiff anticipates filing a voluntary dismissal of her claims against Defendant, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, within forty-five (45) days.

DATED this 20th day of December 2022.   Respectfully Submitted,

 /s/Taxiarchis Hatzidimitriadis
Taxiarchis Hatzidimitriadis
CONSUMER LAW PARTNERS, LLC
333 N. Michigan Ave., Suite 1300
Chicago, IL 60601
(267) 422-1000 (phone)
(267) 422-2000 (fax)
teddy@consumerlawpartners.com

*Attorneys for Plaintiff, Barbara Cochran*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 20, 2022, I electronically filed the foregoing *Notice of Settlement,* with the Clerk of the United States District Court for the Southern District of Texas using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the Court's CM/ECF system.

      */s/ Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis
CONSUMER LAW PARTNERS, LLC