United States District Court
Southern District of Texas
**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BARBARA COCHRAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:22-CV-402 |
| | § | |
| AVANT, LLC, | § | |
| | § | |
| Defendant. | § | |

# ORDER

The court has been advised that a settlement has been reached between the plaintiff and the defendant. Accordingly, the court orders that all claims against the defendant in the above-styled case are dismissed with prejudice to refiling, unless either party represents in a writing filed with the court on or before Monday, February 6, 2023, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Monday, February 6, 2023.

Signed on Galveston Island this 21st day of December, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE